## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**PENTAIR WATER POOL AND SPA, INC., Danfoss Low Power Drives, Appellants**

v.

**HAYWARD INDUSTRIES, INC., Appellee.**

No. 2015–1408.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Mark Boland, Sughrue Mion, PLLC, Washington, DC, argued for appellants. Also represented by Raja N. Saliba, Grant Simon Shackelford.

Steven Halpern, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by Mark Anania, Scott S. Christie, Mark Nikolsky, Elina Slavin.

PROST, Chief Judge, REYNA and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**PENTAIR WATER POOL AND SPA, INC., Appellant**

v.

**HAYWARD INDUSTRIES, INC., Appellee.**

No. 2015–1409.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Mark Boland, Sughrue Mion, PLLC, Washington, DC, argued for appellant. Also represented by Raja N. Saliba, Grant Simon Shackelford.

Steven Halpern, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by Mark Anania, Scott S. Christie, Mark Nikolsky, Elina Slavin.

PROST, Chief Judge, REYNA and WALLACH, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**Earnest HOWARD, Petitioner**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 2015–3024.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

David Paul Clisham, Clisham & Sorter, San Francisco, CA, argued for petitioner. Also represented by Justine Liv Clisham.

Jessica R. Toplin, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Deborah A. Bynum; Michael J. Rhoades, United States Department of the Army, Scott AFB, IL.

PROST, Chief Judge, DYK and REYNA, Circuit Judges.

---

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

**Juan J. MONTELONGO, Petitioner**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2015–3051.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Lorenzo Wilson Tijerina, Law Office of Lorenzo W. Tijerina, San Antonio, TX, argued for petitioner.

Sonia Marie Orfield, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin; Pamela B. Peck, Office of the Chief Counsel, United States Immigration and Customs Enforcement, Department of Homeland Security, Washington, DC.